**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LANE KIRKPATRICK

      Plaintiff,

v.                                                                    Case No. 3:23-CV-1180

DAVE KERNER, in his official capacity
as Executive Director of the Florida
Department of Highway Safety and Motor
Vehicles,

      Defendant.

_____/

## <u>DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY</u>

    Defendant hereby notifies this Court that the Florida Supreme Court has denied review of the en banc Fifth District's decision in *Crist v. State*, 419 So. 3d 183 (Fla. 5th DCA 2025). *See* Order Den. Rev., *Crist v. State*, No. SC2025-1373, 2026 WL 253283 (Fla. Jan. 30, 2026). As such, *Crist* is fully resolved.

                  Respectfully submitted,

                  **JAMES UTHMEIER
                  ATTORNEY GENERAL**

                  */s/ Sara E. Spears*
                  Sara E. Spears (FBN 1054270)
                  ASSISTANT ATTORNEY GENERAL
                  sara.spears@myfloridalegal.com

                  Complex Litigation Division

Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
Complexlitigation.eservice@myfloridalegal.com
850-414-3300

*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 18th day of February 2026, a copy of this document was filed electronically through the CM/ECF system and furnished by email to all counsel of record.

*/s/ Sara E. Spears*
Sara E. Spears

2